**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Action No. 21-cr-00093-CMA-GPG

UNITED STATES OF AMERICA,

     Plaintiff,

v.

TRENTON SWITZER,

     Defendant.

---

**ORDER ADOPTING AND AFFIRMING April 26, 2021 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on the Recommendation of Magistrate Judge
Gallagher (Doc. #11). The Court notes that pursuant to the terms of the written plea
agreement, Defendant entered a plea of guilty to Count One of the Information,
charging a violation of 26 U.S.C. § 7206(1), willfully making and subscribing to a false
tax return.  The Court also notes that Defendant consented to Magistrate Judge
Gallagher advising him with regard to his Constitutional rights and his rights pursuant to
Rule 11 of the Federal Rules of Criminal Procedure. Magistrate Judge Gallagher
conducted the Rule 11 hearing on April 26, 2021, at which time he appropriately
advised the Defendant of his rights and made inquiry as to the Defendant's
understanding of the charges, the terms of the plea agreement, the voluntariness of his
plea, and of the consequences of pleading guilty. Based on that hearing Magistrate

Judge Gallagher recommended that the District Court Judge accept Defendant's plea of guilty to Count One of the Information.

Neither the Defendant nor the Government has filed any objections to the Magistrate Judge's Recommendation; therefore, it is ORDERED THAT:

1.      Court Exhibits 1 and 2 are accepted and admitted.

2.      The plea as made in open court on April 26, 2021 is accepted and the Defendant is adjudged guilty of violation 26 U.S.C. § 7206(1), willfully making and subscribing to a false tax return.


DATED: May 12, 2021


                    BY THE COURT:


                    _____
                    CHRISTINE M. ARGUELLO
                    United States District Judge